*BLOIS* vs. *DENESSE.*

*By the Court.* If a debtor has time given him by his creditors, and afterwards denies the debt of one of them, he may bring a suit for a recognition of the debt, notwithstanding that the convention between the creditors and the debtor, allowing him a delay, has been homologated; for during the time given, the evidence of the debt may perish.

Creditor, whose debt is denied, may sue, notwithstanding the delay granted.

*Caune*, for the plaintiff.
*Seghers*, for the defendant.